UNITED STATES of America,
Plaintiff—Appellee,

v.

Hector VARGAS, Defendant—
Appellant.

No. 09–7980.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 18, 2010.

Decided: Feb. 25, 2010.

Hector Vargas, Appellant pro se. J. Frank Bradsher, Office of the United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Vargas appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Vargas,* No. 7:01–cr–00096–BR–1 (E.D.N.C. Oct. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*